

# United States District Court
## Central District of Illinois

### Office of the Clerk

Tel: 217.492.4020
Fax: 217.492.4028

Gregory T. Henseler
Address Redacted

Dear Mr. Henseler,

    On February 21, 2020, attorney Richard L. Steagall was suspended from practicing in the United States District Court for the Central District of Illinois. A copy of the disciplinary order is attached. Our records indicate that Mr. Steagall was your attorney in Henseler v Cook Canton, LLC, Case No. 18-1363.

    Given Mr. Steagall's suspension, the Court has entered an order (also attached) setting your case for a telephone status conference on April 28, 2020 at 2:00 pm before Magistrate Judge Hawley. If you are able to retain a new attorney by that time, your attorney should enter his appearance with the Court and be available for the status conference. If you are unable to retain a new attorney by April 28, you should either write the Court to ask for more time or be prepared to personally participate in the telephonic status conference. If you ask for more time to find an attorney, the Court will grant your request and set a new, reasonable deadline for you to do so.

    If you intend to ask the Court for additional time to find an attorney, please make sure your letter is mailed no later than April 24, 2020, to make sure it is delivered before the April 28, 2020 status conference. Any correspondence with the Court should include the case name and case number.

Sincerely,

Shig Yasunaga
Clerk of Court

Peoria Division
100 N.E. Monroe St.
Room 305
Peoria, IL 61602
309.671.7117

Urbana Division
201 S. Vine St.
Room 218
Urbana, IL 61802
217.373.5830

Springfield Division
600 E. Monroe St.
Room 151
Springfield, IL 62701
217.492.4020

Rock Island Division
(Temporarily relocated for mail and hearings to):
131 E. 4th Street, Rm 250
Davenport, IA 52801
309.793.5778