Judgment in a Civil Case (02/11)

# UNITED STATES DISTRICT COURT
for the
Central District of Illinois

| | |
|---|---|
| Gregory T. Henseler, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Case Number: 18-cv-1363 |
| ) | |
| Cook Canton, LLC, ) | |
| ) | |
| Defendant. ) | |

### JUDGMENT IN A CIVIL CASE

☐ **JURY VERDICT**.  This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

☒ **DECISION BY THE COURT**.  This action came before the Court, and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED** that Plaintiff, Gregory T. Henseler's action against Defendant, Cook Canton, LLC is dismissed; Plaintiff, Gregory T. Henseler, shall recover nothing on his claim against Defendant, Cook Canton, LLC.

Dated: 8/17/2021

s/ Shig Yasunaga
Shig Yasunaga
Clerk, U.S. District Court