UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
PEORIA DIVISION

| | |
|---|---|
| GREGORY T. HENSELER | |
| Plaintiff | Case No. 18-1363 |
| v. | Judge James E. Shadid |
| COOK CANTON LLC | Magistrate Judge Jonathan E. Hawley |
| Defendant | |

## DECLARATION OF RICHARD L. STEAGALL

Richard L. Steagall under penalty of perjury as provided by 28 U.S.C. § 1746 states:

1.\tI am the attorney for the plaintiff who is making and filing this Declaration in compliance with the Court's February 25, 2021 and August 17, 2021 Orders.

2.\tI telephoned Greg Henseler on August 20, 2021 to inform him of the summary judgment order of August 17, 2021. I explained that the Order terminated his case without a jury trial. He told me that his wife would send her email address to me so that I could send the court order and that he would talk to me by telephone after he had read the email.

3.\tSusan Henseler, the plaintiff's spouse, sent me her email address by text after the telephone conversation with her husband and my follow up with her.

4.\tI next on August 20, 2021 sent an email to Susan Henseler at the email

address she had given me. My email software confirmed the email was sent.

5.   In the August 20, 2021 email, I attached the summary judgment order and judgment to the email. I explained the case was dismissed because of the Order and the only relief that could be obtained was by an appeal. I also told her and her husband in the email that there was not much of a chance of success on appeal

6.   Under penalties of perjury as provided in 28 U.S.C. § 1746, I declare that the matters stated in this document are true to the best of my personal knowledge.

Executed on **August 20, 2021** in Peoria, Illinois.

s/ Richard L. Steagall
RICHARD L. STEAGALL

## CERTIFICATE OF SERVICE

I hereby certify that on **August 20, 2021**, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following attorneys of record set forth below:

Mr. Michael Terrell
Mr. Daniel Reza Saeedi
Taft, Stettinus & Hollister LLP
111 East Wacker Drive Suite 2800
Chicago, IL 60601
312-527-4000
mterrell@taftlaw.com
dsaeedi@taftlaw.com

                                                             s/ Richard L. Steagall
                                                             RICHARD L. STEAGALL

RICHARD L. STEAGALL
Steagall Law Firm
456 Fulton Street Suite 410
Peoria, IL 61602
309-678-0145
rlsteagall3@gmail.com